B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**One World Labs, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-1496136** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2505 West 2nd Avenue #7**<br>**Denver, CO**<br>ZIP Code **80219** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Denver** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which**
**the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."
- ■ Debts are primarily<br>business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,000<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                      **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**One World Labs, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                  _____

                  (Name of landlord that obtained judgment)

                  _____

                  (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)         Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **One World Labs, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Debtor

**X** _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

---

| **Signature of Attorney\*** |
| --- |

**X** **/s/ Duncan E. Barber** _____

Signature of Attorney for Debtor(s)

   **Duncan E. Barber 16768** _____

Printed Name of Attorney for Debtor(s)

   **Bieging Shapiro & Barber LLP** _____

Firm Name

   **4582 South Ulster Street Parkway**
   **Suite 1650**
   **Denver, CO 80237**
_____

Address

   **(720) 488-0220  Fax: (720) 488-7711** _____

Telephone Number

   **October  2, 2015** _____

Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

| **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| --- |

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

---

| **Signature of Debtor (Corporation/Partnership)** |
| --- |

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Thomas Kim** _____

Signature of Authorized Individual

   **Thomas Kim** _____

Printed Name of Authorized Individual

   **Chief Restructuring Officer** _____

Title of Authorized Individual

   **October  2, 2015** _____

Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Colorado

In re __One World Labs, Inc.__                        Case No. _____

                                Debtor(s)         Chapter     __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,063,646.00** | **2015 YTD: Business Income (1/31/15 - 10/2/15)** |
| **$3,021,912.00** | **2014: Business Income** |
| **$1,925,707.00** | **2013: Business Income** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$106.00** | **2014: Interest Income** |

B7 (Official Form 7) (04/13)
2

| | AMOUNT | SOURCE |
|---|---|---|
| | **$310.00** | **2013:  Interest Income** |

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None □

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE SOFA EXHIBIT 3.b** | | **$0.00** | **$0.00** |

None □

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **SEE SOFA EXHIBIT 3.c** | | **$0.00** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Zachary Hill** | | **10/15/14** | **Baby Gift Card $203.99** |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bieging Shapiro & Barber LLP** | **6/17/15** | **$4,033.50** |
| **4582 South Ulster Street Parkway, Suite 1650** | **7/15/15** | **$2,482.50** |
| **Denver, CO 80237** | **8/13/15** | **$5,953.50** |
| | **9/09/15** | **$7,500.00** |
| | **10/1/15** | **$22,454.14** |
| | **10/2/15** | **$5,000.00** |

---

**10. Other transfers**

None
■   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
☐   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Community Banks of Colorado** | **9/15/2015** | **$12487 for credit card balance setoff against $15,000 CD with balance remaining of $2,513.22** |

B7 (Official Form 7) (04/13)
5

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                        NAME USED                          DATES OF OCCUPANCY
**2505 West 2nd Avenue #15**                   **One World Labs, Inc.**           **2/4/14 to 7/31/15**
**Denver, CO 80219**

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                    DOCKET NUMBER                         STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Jim Albee**<br>**Big Sky Solutions LLC**<br>**7967 South Clayton Circle**<br>**Centennial, CO 80122** | **9/1/13 - 2/1/14** |
| **Russell Cohen**<br>**Trilby P**<br>**180 Humboldt Street**<br>**Denver, CO 80218** | **2/1/14 - present** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **The Seff Group** | **3250 East 2nd Avenue**<br>**Denver, CO 80206** | **10/22/14-8/27/15** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS |
|---|---|
| **One World Labs** | **2505 West 2nd Avenue #7**<br>**Denver, CO 80219** |

None ☐     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Dunn and Bradstreet**<br>**103 JFK Parkway**<br>**Short Hills, NJ 07078** | **June 2014** |
| **Community Banks of Colorado**<br>**7800 East Orchard, Suite 300**<br>**Greenwood Village, CO 80111** | **September 2014** |
| **ClearCreek Securities**<br>**1743 Wazee Street, Suite 375**<br>**Denver, CO 80202** | **June - August 2015** |

---

**20. Inventories**

None ■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■     b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Chris Roberts**<br>**13412 Shoshone Street**<br>**Westminster, CO 80234** | **Shareholder** | **59.783% Common Stock** |
| **Sarah Prime**<br>**7500 Wilson Court**<br>**Westminster, CO 80030** | **Director of Products and Asst.**<br>**Secretary** | |
| **Jim Holdrige**<br>**573 Ian Court**<br>**Castle Rock, CO 80108** | **Shareholder** | **18.478% Common Stock** |
| **Jay Weber**<br>**8116 South Syracuse Street**<br>**Centennial, CO 80112** | **Shareholder** | **18.478% Common Stock** |
| **Tom Kim** | **Director/Chief Restructuring**<br>**Officer** | **0%** |

B7 (Official Form 7) (04/13)
8

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Mark Turnage<br>668 Gilpin Street<br>Denver, CO 80218 | Chief Executive Officer | 5/14/15 |
| Russell Cohen<br>180 Humboldt Street<br>Denver, CO 80218 | President/Chief Financial Officer | 5/14/15 |
| Chris Roberts<br>13412 Shoshone Street<br>Westminster, CO 80234 | Founder/Chief Information Officer | 9/18/15 |
| Chris Roberts<br>13412 Shoshone Street<br>Westminster, CO 80234 | Board Member | 8/21/15 |
| David Hurley<br>7000 Sunshine Canyon<br>Boulder, CO 80302 | Board Member | 8/21/15 |
| Marwan Fawaz<br>7315 Sagebrush Drive<br>Parker, CO 80138 | Board Member | 10/2/15 |
| Steven D. Kris<br>4780 South Lafayette Street<br>Englewood, CO 80113 | Board Member | 10/2/15 |
| Joseph Bagan<br>5670 South Beach Circle<br>Greenwood Village, CO 80121 | Board Member | 10/2/15 |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|------------------------------------------------------------|-----------------------------------|------------------------------------------------------------|
| Chris Roberts<br>13412 Shoshone Street<br>Westminster, CO 80234<br>  Founder/Chief Information Officer | 10/10/13 - Extended when converting from LLC to Inc. | $30,606 |

---

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|
| One World Labs, Inc. | 27-1496136 |

---

B7 (Official Form 7) (04/13)
9

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **October  2, 2015**                    Signature   **/s/ Thomas Kim**
                                                          **Thomas Kim**
                                                          **Chief Restructuring Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re  __One World Labs, Inc.__           Case No. _____

                      Debtor(s)         Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Checkmarx Inc** **Accounts Receivable** **5250 Old Orchard Road** **Skokie, IL 60077** | **Checkmarx Inc** **Accounts Receivable** **5250 Old Orchard Road** **Skokie, IL 60077** | | | **10,000.00** |
| **Colorado Department of Revenue** **1375 Sherman Street** **Room 405** **Attention Bankruptcy Unit** **Denver, CO 80261-3000** | **Colorado Department of Revenue** **1375 Sherman Street** **Room 405** **Denver, CO 80261-3000** | | **Contingent** **Unliquidated** **Disputed** | **Unknown** |
| **Comcast** **PO Box 34744** **Seattle, WA 98124-1744** | **Comcast** **PO Box 34744** **Seattle, WA 98124-1744** | | | **1,349.05** |
| **Comcast** **PO Box 34744** **Seattle, WA 98124-1744** | **Comcast** **PO Box 34744** **Seattle, WA 98124-1744** | | | **1,013.25** |
| **Fortrust** **4300 Brighton Boulevard** **Denver, CO 80216-3710** | **Fortrust** **4300 Brighton Boulevard** **Denver, CO 80216-3710** | | | **4,541.89** |
| **Gregory Sparks** **2208 Creekside Drive** **Longmont, CO 80504** | **Gregory Sparks** **2208 Creekside Drive** **Longmont, CO 80504** | **Convertible Debt** **Promissory Note** | | **62,704.00** |
| **Internal Revenue Service** **Centralized Insolvency Operations** **PO Box 7346** **Philadelphia, PA 19101** | **Internal Revenue Service** **Centralized Insolvency Operations** **PO Box 7346** **Philadelphia, PA 19101** | | **Contingent** **Unliquidated** **Disputed** | **Unknown** |
| **Jay Weber** **8116 South Syracuse Street** **Englewood, CO 80112** | **Jay Weber** **8116 South Syracuse Street** **Englewood, CO 80112** | **Convertible Debt** **Promissory Note** | | **31,028.00** |
| **JWB Consultants LLC** **5670 South Beech Circle** **Greenwood Village, CO 80121** | **JWB Consultants LLC** **5670 South Beech Circle** **Greenwood Village, CO 80121** | **Convertible Debt** **Promissory Note** | | **62,718.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **One World Labs, Inc.**                                        Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mark T Hughes Living Trust dated 6/18/08<br>12481 Jason Court<br>Westminster, CO 80234-1768** | **Mark T Hughes Living Trust dated 6/18/08<br>12481 Jason Court<br>Westminster, CO 80234-1768** | **Convertible Debt Promissory Note** | | **62,525.00** |
| **Michael Theoharris<br>1648 North Arlington Place<br>Milwaukee, WI 53202** | **Michael Theoharris<br>1648 North Arlington Place<br>Milwaukee, WI 53202** | **Promissory Note** | | **78,033.00** |
| **Office of the Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Suite 4400<br>Washington, DC 20530-0001** | **Office of the Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001** | | **Contingent Unliquidated Disputed** | **Unknown** |
| **Office of the US Attorney<br>1225 17th Street, Suite 700<br>Denver, CO 80202-5598** | **Office of the US Attorney<br>1225 17th Street, Suite 700<br>Denver, CO 80202-5598** | | **Contingent Unliquidated Disputed** | **Unknown** |
| **RevGen Partners<br>6300 South Syracuse Way, Suite 72<br>Englewood, CO 80111** | **RevGen Partners<br>6300 South Syracuse Way, Suite 72<br>Englewood, CO 80111** | **Convertible Debt Promissory Note** | | **62,291.00** |
| **Steven D. Kris<br>4780 South Lafayette Street<br>Englewood, CO 80113** | **Steven D. Kris<br>4780 South Lafayette Street<br>Englewood, CO 80113** | **Convertible Debt Promissory Note** | | **342,144.00** |
| **Thomson-Reuters - West Payment Center<br>PO Box 6292<br>Carol Stream, IL 60197-6292** | **Thomson-Reuters - West Payment Center<br>PO Box 6292<br>Carol Stream, IL 60197-6292** | **Monthly Bill** | | **2,122.47** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **One World Labs, Inc.**                                       Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October  2, 2015**                          Signature   **/s/ Thomas Kim**
                                                         **Thomas Kim**
                                                         **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Colorado

In re    **One World Labs, Inc.**                                    ,     Case No. _____
                                        Debtor

                                                Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 441,984.22 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 720,469.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| | | Total Assets | 441,984.22 | | |
| | | Total Liabilities | | 720,469.66 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Colorado

In re     **One World Labs, Inc.**
_____ ,
                                    Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **One World Labs, Inc.**                                                              ,          Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **NONE** | | - | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **One World Labs, Inc.**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Petty Cash at 2505 West 2nd Avenue #7, Denver, CO 80219 | - | 300.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Bank Checking Account ***4981 | - | 4,027.86 |
| | | | Well Fargo Checking Account 8877 | - | 438.62 |
| | | | Community Bank of Colorado Acct 2261 | - | 4,802.99 |
| | | | Community Bank of Colorado Certificate of Deposit | - | 2,513.22 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Franken Company 2505 West 2nd Avenue #4 Denver, CO 80219 | - | 797.50 |
| | | | Mark Turnage 668 Gilpin Street Denver, CO 80218 | - | 10,000.00 |
| | | | Trilby P., LLC 180 Humboldt Street Denver, CO 80218 | - | 10,000.00 |
| | | | R2 Advisors, LLC 1350 17th Street, Suite 206 Denver, CO 80202 | - | 15,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | 18-25 Personal Computers, Monitors and miscellaneous ancillary equipment Location: 2505 West 2nd Avenue #7, Denver CO 80219 | - | 10,000.00 |
| | | | Location: 2505 West 2nd Avenue #7, Denver CO 80219 Polycom Phone System | - | 500.00 |
| | | | Location: 2505 West 2nd Avenue #7, Denver CO 80219 Laser Printer | - | 100.00 |

|  | Sub-Total >  | 58,480.19 |
|---|---|---|
|  | (Total of this page) |  |

___4___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **One World Labs, Inc.**
_____ ,   Case No. _____
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Location: 2505 West 2nd Avenue #7, Denver CO 80219**<br>**Internal Network and Router** | - | 500.00 |
| | | **Location: 2505 West 2nd Avenue #7, Denver CO 80219**<br>**18-25 Office Desks** | - | 200.00 |
| | | **Location:  Fortrust Data Warehouse, 4300 Brighton Boulevard, Denver, CO  80216**<br>**30-40 Servers and Race, Hard Drives and Cabling, Firewalls, Etc., to house proprietary data** | - | 20,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **$1MM Key Man Term Life Insurance Policy on Chris Roberts, issued by Hartford Insurance.** | - | 0.00 |
| | | **Travelers Insurance**<br>**c/o IGC Broncucia**<br>**1970 Kipling Street**<br>**Denver CO 80215-0000**<br><br>**General Liability Insurance Policies**<br>**Acct #4607X3148**<br>**Policy #680-233M8596** | - | 0.00 |
| | | **Travelers Insurance**<br>**c/o IGC Broncucia**<br>**1970 Kipling Street**<br>**Denver CO 80215-0000**<br><br>**Umbrella**<br>**Policy #CUP8C101479-13-42** | - | 0.00 |

Sub-Total >   **20,700.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **One World Labs, Inc.**                                          ,      Case No. _____
                                                      Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Westchester Fire Insurance Company** **Professional Risk Division** **ACE Westchester Specialty Group** **11575 Greal Oaks Way, Suite 200** **Alpharetta GA 30022-0000** | - | **0.00** |
| | | **Directors and Officers Insurance** | | |
| | | **Axis Surplus Insurance Company** **303 West Madison, Suite 500** **Chicago IL 60606-0000** | - | **0.00** |
| | | **Errors & Omissions Insurance/Professional Liability** **Policy #ECN000080231201** | | |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | **X** | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | **X** | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 16. Accounts receivable. | | **Blue Ocean Enterprise** | - | **12,000.00** |
| | | **Federal Express** | - | **800.00** |
| | | **General Motors** | - | **78,897.58** |
| | | **Hunter-Douglas** | - | **8,000.00** |
| | | **Otter Products, LLC** | - | **160,036.70** |

|  | Sub-Total > | **259,734.28** |
|---|---|---|
| | (Total of this page) | |

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **One World Labs, Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Red Robin Gourmet Burgers** | - | 13,000.00 |
| | | **Summit School District** | - | 4,648.75 |
| | | **The Steadman Clinic** | - | 17,127.12 |
| | | **UPMC** | - | 65,583.88 |
| | | **BancFirst** | - | 800.00 |
| | | **One World Labs Allowance** | - | 0.00 |
| | | **Seagate Technology LLC** | - | 1,560.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Loan to Chris Roberts in the Amount of $30725.37 with all accrued interest** | - | Unknown |
| | | **Loan to Jay Weber in the amount of $6283.41 plus all accrued interest** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **1) OWL Vision Software developed, including code, designs, supporting documentation, project plans, etc.** **2) Logo, website, and other marketing materials** **3) Service methodologies** | - | Unknown |

Sub-Total >     102,719.75
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **One World Labs, Inc.**                                                    ,         Case No. _____
                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Software licenses to 1) SHI - Nessus 3 user annual license through 8/3/16 (paid $4378.18 for 1 yr) 2) Checkmarx software license for up to 12 months use through 3/30/16 (paid $10,000, owe $20,000 more of which $10,000 currently due) 3) Rain king Sales software annual license through 1/8/16 (paid $8,000) 4) Network and PC software** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Database of historic customers to whom software and/or services were rendered** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc office paper, pads, ink, etc.** | - | **50.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc wall separators, coffee pots, and items not previously listed** | - | **200.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Miscellaneous items, located at 2505 W 2nd Ave, #7** | - | **100.00** |

|  |  |
|---|---|
| Sub-Total > | **350.00** |
| (Total of this page) | |
| Total > | **441,984.22** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __**One World Labs, Inc.**_____,     Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NONE** | | - | | | | | | |
| | | | Value $            **0.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re **One World Labs, Inc.**                                                    ,        Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

          **1**     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **One World Labs, Inc.**                                    ,      Case No. _____

_____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

                                                    **Taxes and Certain Other Debts**
                                                    **Owed to Governmental Units**

                                                    _____

                                                        TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | |
| **Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Room 405**<br>**Attention Bankruptcy Unit**<br>**Denver, CO 80261-3000** | - | | | X | X | X | Unknown | **Unknown**<br>Unknown |
| **Account No.** | | | | | | | | |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | - | | | X | X | X | Unknown | **Unknown**<br>Unknown |
| **Account No.** | | | | | | | | |
| **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | - | | | X | X | X | Unknown | **Unknown**<br>Unknown |
| **Account No.** | | | | | | | | |
| **Office of the US Attorney**<br>**1225 17th Street, Suite 700**<br>**Denver, CO 80202-5598** | - | | | X | X | X | Unknown | **Unknown**<br>Unknown |
| **Account No.** | | | | | | | | |

| | | |
|---|---|---|
| Sheet _**1**_ of _**1**_ continuation sheets attached to | Subtotal | **0.00** |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)    0.00 | 0.00 |
| | Total | **0.00** |
| | (Report on Summary of Schedules)    0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re **One World Labs, Inc.** , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | | J | C | | | | | |
| Account No. **xxxx6825** | | | | | | | | | |
| **ADP, Inc.** **1 ADP Blvd** **Roseland, NJ 07068** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **BancFirst** **c/o Patrick McKenna** **3509 South Purdue Street** **Oklahoma City, OK 73179** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Bioventus LLC** **1900 Charles Bryan Road, Siute 275** **Cordova, TN 38016** | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Blue Ocean** **416 West Oak Street** **Fort Collins, CO 80521** | - | | | | | | | | 0.00 |
| __8__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **One World Labs, Inc.**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Blue Ocean** <br> **416 West Oak Street** <br> **Fort Collins, CO 80521** | | | | | | | **0.00** |
| Account No. | | - | | | | | |
| **Checkmarx Inc** <br> **Accounts Receivable** <br> **5250 Old Orchard Road** <br> **Skokie, IL 60077** | | | | | | | **10,000.00** |
| Account No. xxxx-xx-xxx-xxx5025 | | - | **August Bill** | | | | |
| **Comcast** <br> **PO Box 34744** <br> **Seattle, WA 98124-1744** | | | | | | | **1,349.05** |
| Account No. xxxx-xx-xxx-xxx8641 | | - | **Early Termination Fee** | | | | |
| **Comcast** <br> **PO Box 34744** <br> **Seattle, WA 98124-1744** | | | | | | | **1,013.25** |
| Account No. | | - | | | | | |
| **Donald McLaughlin** <br> **2585 South Jebel Way** <br> **Aurora, CO 80013** | | | | | | | **0.00** |

Sheet no. __1___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **12,362.30** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **One World Labs, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **FEDEX**<br>**80 Fedex Parkway**<br>**1st Floor Vert**<br>**Collierville, TN 38017** | - | | | | | | **0.00** |
| **Account No.** | | | | | | | |
| **First Data Merchant Service**<br>**1307 Walt Whitman Road**<br>**Melville, NY 11747** | - | | | | | | **0.00** |
| **Account No.** | | | | | | | |
| **Fortrust**<br>**4300 Brighton Boulevard**<br>**Denver, CO 80216-3710** | - | | | | | | **4,541.89** |
| **Account No.** | | | | | | | |
| **GM**<br>**400 Renaissance Center**<br>**Detroit, MI 48265** | - | | | | | | **0.00** |
| **Account No.** | | | | | | | |
| **Great West**<br>**8515 East Orchard Road, 2NB**<br>**Greenwood Village, CO 80111** | - | | | | | | **0.00** |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **4,541.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **One World Labs, Inc.** ,                    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/13/2012 | | | | |
| Gregory Sparks 2208 Creekside Drive Longmont, CO 80504 | - | | | Convertible Debt Promissory Note | | | | 62,704.00 |
| Account No. | | | | | | | | |
| Guardian Insurance PO Box 677458 Dallas, TX 75267-7458 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Holcim 6211 Ann Arbor Road Dundee, MI 48131 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Humana 1100 Employers Blvd Green Bay, WI 54344 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Hunter Douglas One Duette Way Broomfield, CO 80020 | - | | | | | | | 0.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                62,704.00

B6F (Official Form 6F) (12/07) - Cont.

In re **One World Labs, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Infoguard Attn: Thomas Meier Lindenstrasse 10 6340 Baar SWITZERLAND** | - | | | | | | 0.00 |
| Account No. **Jakob Migler 6159 West 70th Avenue Arvada, CO 80003** | - | | | | | | 0.00 |
| Account No. **Jay Weber 8116 South Syracuse Street Englewood, CO 80112** | - | | 01/01/2013 Convertible Debt Promissory Note | | | | 31,028.00 |
| Account No. **JWB Consultants LLC 5670 South Beech Circle Greenwood Village, CO 80121** | - | | 11/12/2012 Convertible Debt Promissory Note | | | | 62,718.00 |
| Account No. **Lincoln Financial Group 1701 Gold Road Tower 3, 4th Floor Rolling Meadows, IL** | - | | | | | | 0.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **93,746.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **One World Labs, Inc.**                                          ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/26/2012 | | | | |
| **Mark T Hughes Living Trust dated 6/18/08** <br> **12481 Jason Court** <br> **Westminster, CO 80234-1768** | - | | **Convertible Debt Promissory Note** | | | | **62,525.00** |
| Account No. | | | | | | | |
| **Mark Turnage** <br> **668 Gilpin Street** <br> **Denver, CO 80218** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Maxwell Delmonico** <br> **10109 South Woodrose Court** <br> **Littleton, CO 80120-9000** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **MegaPath** <br> **Dept 0324** <br> **PO Box 120324** <br> **Dallas, TX 75312-0324** | - | | | | | | **0.00** |
| Account No. | | | 01/03/2012 | | | | |
| **Michael Theoharris** <br> **1648 North Arlington Place** <br> **Milwaukee, WI 53202** | - | | **Promissory Note** | | | | **78,033.00** |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**140,558.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **One World Labs, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Oppenheimer Funds** <br> **6801 South Tucson Way** <br> **Englewood, CO 80112** | - | | | | | | 0.00 |
| Account No. <br><br> **Otter Box** <br> **209 South Meldrum Street** <br> **Fort Collins, CO 80521** | - | | | | | | 0.00 |
| Account No. <br><br> **RevGen Partners** <br> **6300 South Syracuse Way, Suite 72** <br> **Englewood, CO 80111** | - | | **12/13/2012** <br><br> **Convertible Debt Promissory Note** | | | | 62,291.00 |
| Account No. <br><br> **Seagate** <br> **10200 South DeAnza Blvd** <br> **Cupertino, CA 95014** | - | | | | | | 0.00 |
| Account No. **xxxxx3709** <br><br> **Sprint 731930311** <br> **P.O. Box 4181** <br> **Carol Stream, IL 60197-4181** | - | | **August Bill** <br><br> **Cell Phone** | | | | 0.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **62,291.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **One World Labs, Inc.**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Steven D. Kris**<br>**4780 South Lafayette Street**<br>**Englewood, CO 80113** | - | | | **10/20/2012**<br><br>**Convertible Debt Promissory Note** | | | | 342,144.00 |
| Account No.<br><br>**Thomson-Reuters - West Payment Center**<br>**PO Box 6292**<br>**Carol Stream, IL 60197-6292** | - | | | **August 2015**<br><br>**Monthly Bill** | | | | 2,122.47 |
| Account No.<br><br>**Thought for Security LLC**<br>**497 West Elizabeth Street**<br>**Olathe, KS 66610** | - | | | | | | | 0.00 |
| Account No.<br><br>**Trilby P**<br>**180 Humboldt Street**<br>**Denver, CO 80218** | - | | | | | | | 0.00 |
| Account No.<br><br>**Ubiquity**<br>**101 Green Street, 2nd Floor**<br>**San Francisco, CA 94111** | - | | | | | | | 0.00 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      344,266.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **One World Labs, Inc.** _____,  Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**UPMC** <br>**600 Grant Street** <br>**US Steel Building, Office 6035** <br>**Pittsburgh, PA 15219** | - | | | | | | 0.00 |
| Account No. **xx-xxxx703-6** <br><br>**Xcel Energy** <br>**PO Box 9477** <br>**Minneapolis, MN 55484-9477** | - | | August 2015 <br><br>Utilities | | | | 0.00 |
| Account No. <br><br>**Zenefits** <br>**303 Second Street** <br>**North Tower, Suite 401** <br>**San Francisco, CA 94107** | - | | | | | | 0.00 |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br>(Total of this page) | 0.00 |
|---|---|---|
| | Total <br>(Report on Summary of Schedules) | 720,469.66 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **One World Labs, Inc.**                                                                ,        Case No. _____
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ADP, Inc.**<br>**1 ADP Blvd**<br>**Roseland, NJ 07068** | **Payroll Service.  Client ID 22196825** |
| **BancFirst**<br>**c/o Patrick McKenna**<br>**3509 South Purdue Street**<br>**Oklahoma City, OK 73179** | **Customer Contracts - OWL Vision**<br>**Month-to-Month** |
| **Bioventus LLC**<br>**1900 Charles Bryan Road, Suite 275**<br>**Cordova, TN 38016** | **Customer Contracts - OWL Vision**<br>**Month-to-Month** |
| **Blue Ocean**<br>**416 West Oak Street**<br>**Fort Collins, CO 80521** | **Customer Contracts - OWL Vision**<br>**Expires 1/30/16** |
| **Blue Ocean**<br>**416 West Oak Street**<br>**Fort Collins, CO 80521** | **Customer Contracts - Risk Analysis**<br>**Autorenews until cancelled, original contract**<br>**dated 9/6/13** |
| **Comcast**<br>**PO Box 34733**<br>**Seattle, WA 98124-1744** | **Internet Service - Acct 8641 Expires 1/30/16; Acct**<br>**5055 Expires 2/28/16** |
| **Donald McLaughlin**<br>**2585 South Jebel Way**<br>**Aurora, CO 80013** | **Risk Analysis**<br>**1099 Contractor for Hire**<br>**Evergreen with 2 weeks notice** |
| **FEDEX**<br>**80 Fedex Parkway**<br>**1st Floor Vert**<br>**Collierville, TN 38017** | **Customer Contract - OWL Vision**<br>**Expires 9/15/16** |
| **First Data Merchant Service**<br>**1307 Walt Whitman Road**<br>**Melville, NY 11747** | **Contract for receipt of customer credit card funds**<br>**for software and service purchases; early**<br>**termination fee of $100/mo on remaining contract**<br>**term.  Expires 1/14/2018** |
| **GM**<br>**400 Renaissance Center**<br>**Detroit, MI 48265** | **Customer Contracts - Other Security Services**<br>**Expires 1/1/17 or 1/1/19 (contract is for 3-5 years)** |
| **Great West**<br>**8515 East Orchard Road, 2NB**<br>**Greenwood Village, CO 80111** | **Customer Contracts - Risk Analysis**<br>**Expires 6/14/16** |

**2**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **One World Labs, Inc.**                   ,    Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Guardian Insurance**<br>**PO Box 677458**<br>**Dallas, TX 75267-7458** | **Dental and Vision Insurance** |
| **Holcim**<br>**6211 Ann Arbor Road**<br>**Dundee, MI 48131** | **Customer Contracts - OWL Vision**<br>**Expires 3/7/16** |
| **Humana**<br>**1100 Employers Blvd**<br>**Green Bay, WI 54344** | **Heatlhcare for Employees. Expires 11/1/15** |
| **Hunter Douglas**<br>**One Duette Way**<br>**Broomfield, CO 80020** | **Customer Contracts - OWL Vision**<br>**Expires 2/15/16** |
| **Hunter Douglas**<br>**One Duette Way**<br>**Broomfield, CO 80020** | **Customer Contracts - Risk Analysis**<br>**Autorenews until cancelled, original contract**<br>**dated 1/1/13** |
| **Infoguard**<br>**Attn:  Thomas Meier**<br>**Lindenstrasse 10**<br>**6340 Baar Switzerland** | **Customer Contracts - OWL Vision**<br>**Expires 12/31/15** |
| **Jakob Migler**<br>**6159 West 70th Avenue**<br>**Arvada, CO 80003** | **Data Network Administrator**<br>**1099 Contractor for Hire**<br>**Expires 12/31/15** |
| **Lincoln Financial Group**<br>**1701 Gold Road**<br>**Tower 3, 4th Floor**<br>**Rolling Meadows, IL** | **Customer Contracts - OWL Vision**<br>**Expires 2/25/16** |
| **Mark Turnage**<br>**668 Gilpin Street**<br>**Denver, CO 80218** | **1099 Contractor for hire** |
| **Maxwell Delmonico**<br>**10109 South Woodrose Court**<br>**Highlands Ranch, CO 80120-9000** | **Network Administration**<br>**1099 Contractor for Hire**<br>**Evergreen with 2 weeks notice** |
| **MegaPath**<br>**Dept 0324**<br>**PO Box 120324**<br>**Dallas, TX 75312-0324** | **Phone Service**<br>**Contract Expires 6/27/16** |
| **Oppenheimer Funds**<br>**6801 South Tuscan Way**<br>**Englewood, CO 80112** | **Customer Contracts - Risk Analysis**<br>**Expires 3/1/16** |

Sheet  __1__  of  __2__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **One World Labs, Inc.**                                                ,       Case No. _____
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Otter Box**<br>**209 South Meldrum Street**<br>**Fort Collins, CO 80521** | **Customer Contracts - Risk Analysis**<br>**Expires 2/23/16** |
| **Otter Box**<br>**209 South Meldrum Street**<br>**Fort Collins, CO 80521** | **Customer Contracts - Other Security Services**<br>**Expires 11/13/15** |
| **Seagate**<br>**10200 South DeAnza Blvd**<br>**Cupertino, CA 95014** | **Customer Contracts - OWL Vision**<br>**Expires 7/1/16** |
| **Sprint 731930311**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197-4181** | **Wireless Phone Service** |
| **Thought for Security LLC**<br>**497 West Elizabeth Street**<br>**Olathe, KS 66061** | **Other Security Services**<br>**1099 Contractor for Hire** |
| **Trilby P**<br>**180 Humboldt Street**<br>**Denver, CO 80218** | **1099 Conractor for hire** |
| **Ubiquity**<br>**101 Green Street, 2nd Floor**<br>**San Francisco, CA 94111** | **401k Management Services.  Account No. A-00009878** |
| **UPMC**<br>**600 Grant Street**<br>**US Steel Building, Office 6035**<br>**Pittsburgh, PA 15219** | **Customer Contracts - Risk Analysis**<br>**Autorenews until cancelled, original contract dated 10/14/13** |
| **Zenefits**<br>**303 Second Street**<br>**North Tower, Suite 401**<br>**San Francisco, CA 94107** | **Online Payroll and Benefit Management Services** |

Sheet ___**2**___ of ___**2**___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **One World Labs, Inc.**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0** _____ continuation sheets attached to Schedule of Codebtors

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Colorado

In re   **One World Labs, Inc.** _____    Case No. _____
                                      Debtor(s)                Chapter   **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**24**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October  2, 2015** _____        Signature    **/s/ Thomas Kim** _____
                                                                  **Thomas Kim**
                                                                  **Chief Restructuring Officer**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## District of Colorado

In re    **One World Labs, Inc.**                ,      Case No. _____

                                  Debtor

                                                    Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alan Perkins** <br> **2 Dancers Image Lane** <br> **North Hampton, NH 03862** | **Preferred** | **500000** | **Preferred** |
| **Chris Roberts** <br> **13412 Shoshone Street** <br> **Westminster, CO 80234** | **Common** | **5500000** | **Common** |
| **Ellen Filipiak** <br> **9071 East Wesley Drive** <br> **Denver, CO 80231** | **Preferred** | **142857** | **Preferred** |
| **Gregory Sparks** <br> **2208 Creekside Drive** <br> **Longmont, CO 80504** | **Common** | **142128** | **Common** |
| **James R. Buckley** <br> **9322 East HIdden Hill Court** <br> **Lone Tree, CO 80124** | **Preferred** | **71429** | **Preferred** |
| **Jay Weber** <br> **8116 South Syracuse Street** <br> **Centennial, CO 80112** | **Common** | **1700000** | **Common** |
| **Jeffrey A. Rosenblum, Revocable Trust DTD 6/30/90** <br> **9722 Bonhomme Estates Drive** <br> **Saint Louis, MO 63132** | **Preferred** | **142857** | **Preferred** |
| **Joel Lemke** <br> **16609 Mizzen Court** <br> **Cornelius, NC 28031** | **Preferred** | **142857** | **Preferred** |
| **JWB Consultants LLC** <br> **c/o Joe Bagan** <br> **5670 South Beach Circle** <br> **Greenwood Village, CO 80121** | **Preferred** | **71429** | **Preferred** |
| **Lucas Sapp** <br> **2666 S Eaton Place** <br> **Lakewood, CO 80227** | **Common** | **100000** | **Common** |

  **1**_____ continuation sheets attached to List of Equity Security Holders

In re   **One World Labs, Inc.**
_____,   Case No. _____
                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Mark T. Hughes Living Trust<br>dated June 18, 2008<br>12481 Jason Court<br>Westminster, CO 80234-1768** | **Preferred** | **71429** | **Preferred** |
| **Marwan Fawaz<br>7315 Sagebrush Drive<br>Parker, CO 80138** | **Preferred** | **214286** | **Preferred** |
| **Matthew Bell<br>10857 Evans Ridge Road<br>Parker, CO 80134** | **Preferred** | **142857** | **Preferred** |
| **Matthew Girsch<br>800 Pearl Street #407<br>Denver, CO 80203** | **Common** | **200000** | **Common** |
| **MJW Properties LLC<br>c/o Michael Williams<br>9506 East Hidden Hill Lane<br>Lone Tree, CO 80124** | **Preferred** | **71429** | **Preferred** |
| **NACE Enterprises, Inc.<br>c/o Jim Holdridge<br>573 Ian Court<br>Castle Rock, CO 80108-3469** | **Common** | **1700000** | **Common** |
| **RevGen Partners<br>6300 South Syracuse Way Suite 720<br>Centennial, CO 80111** | **Preferred** | **285714** | **Preferred** |
| **Ron Cooper<br>1700 East Tufts Avenue<br>Englewood, CO 80113** | **Preferred** | **71429** | **Preferred** |
| **Steven D. Kris<br>4780 South Lafayette Street<br>Englewood, CO 80113** | **Preferred** | **142857** | **Preferred** |
| **William T. Schleyer<br>75 Sea Road<br>Rye Beach, NH 03871** | **Preferred** | **142857** | **Preferred** |

Sheet  **1**  of  **1**  continuation sheets attached to the List of Equity Security Holders

In re   **One World Labs, Inc.** _____ ,   Case No. _____
                                    Debtor


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**October  2, 2015**_____   Signature_**/s/ Thomas Kim**_____
                                                    **Thomas Kim**
                                                    **Chief Restructuring Officer**


*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## District of Colorado

In re   **One World Labs, Inc.**                       Case No.

                                     Debtor(s)         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October  2, 2015**                  **/s/ Thomas Kim**

                                             **Thomas Kim**/**Chief Restructuring Officer**
                                             Signer/Title

# United States Bankruptcy Court
## District of Colorado

In re   **One World Labs, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **One World Labs, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**NACE Enterprises, Inc.**
**c/o Jim Holdridge**
**573 Ian Court**
**Castle Rock, CO 80108-3469**

**RevGen Partners**
**6300 South Syracuse Way Suite 720**
**Centennial, CO 80111**

☐ None [*Check if applicable*]

**October  2, 2015**

Date

**/s/ Duncan E. Barber**
**Duncan E. Barber 16768**

Signature of Attorney or Litigant
Counsel for   **One World Labs, Inc.**
**Bieging Shapiro & Barber LLP**
**4582 South Ulster Street Parkway**
**Suite 1650**
**Denver, CO 80237**
**(720) 488-0220 Fax:(720) 488-7711**