# CONSENT OF LIEU OF MEETING OF
# THE BOARD OF DIRECTORS
# OF
# ONE WORLD LABS, INC.

The undersigned Directors, being all the directors of One World Labs, Inc., a Colorado corporation (the "Corporation"), DO HEREBY CERTIFY that the Corporation duly adopted the following resolutions on September 22, 2015.

## APPOINTMENT OF CHIEF RESTRUCTURING OFFICER

**WHEREAS,** the Corporation intends to file a Voluntary Petition under Chapter 11 of the U.S. Bankruptcy Code and in connection therewith, a Plan of Reorganization (the "Plan"), and

**WHEREAS,** extensive discussions have taken place between the directors of the Corporation regarding appointing a Chief Restructuring Officer ("CRO"); and

**WHEREAS,** the Board of Directors of the Corporation has considered and reviewed the form of engagement agreement dated as of September 21, 2015 (the "Agreement") with r² advisors, llc ("r² advisors") and its Managing Member, Thomas M. Kim ("Kim"), substantially in the form attached hereto as Exhibit A, whereby he would be appointed the Corporation's CRO; and

**WHEREAS,** the Board of Directors desires to approve the Agreement and the appointment of Kim as the CRO; and

**WHEREAS,** the Board of Directors believes it to be in the best interests of the Corporation and its shareholders for the Corporation to appoint Kim the CRO.

**NOW THEREFORE BE IT:**

**RESOLVED,** that that the Directors hereby appoint Kim, as the Corporation's Chief Restructuring Officer (the "CRO"), effective immediately; and be it

**FURTHER RESOLVED,** that the Agreement for r² advisors, substantially in the form attached hereto as Exhibit A, is hereby ratified, adopted and approved in all respects; and it is

**RESOLVED FURTHER,** that:

1.      Effective immediately, the CRO shall have full operational and financial control and management of the Corporation, generally described as follows:

    a.      The CRO shall be appointed the Board of Directors and shall report to the U.S. Bankruptcy Court;

    b.      The CRO shall have access to all current or former books and records of the Corporation;

128534

    c.      The CRO shall, with the approval of the U.S. Bankruptcy Court, control the corporate cash accounts and checkbook;

    d.      The CRO shall have the right, with the approval of the U.S. Bankruptcy Court, to retain counsel and to bring legal action for the recovery of assets as he deems proper and reasonable, and petition the court for payment of these services;

    e.      The CRO shall have the ability, with the approval of the U.S. Bankruptcy Court, to sell assets, and perform any other services normally associated with the duties of a CRO;

    f.      The CRO shall prepare a schedule of payouts to creditors which complies with current Bankruptcy laws after all open matters have been settled;

    g.      The CRO shall, in its discretion, negotiate agreements with the Corporation's creditors;

    h.      The CRO shall provide the Corporation's creditors and their financial advisors with full access to the Corporation's books, records, and financial information; and

    i.      The CRO shall perform such other services as requested or directed by the Board of Directors and agreed to by the CRO; and be it

**RESOLVED FURTHER**, that,

2.      Effective immediately, and to the extent so approved by the U.S. Bankruptcy Court, the Corporation shall compensate the CRO as follows:

    a.      $r^2$ advisors shall be compensated at the rates set forth in the Agreement;

    b.      The CRO be compensated monthly for out of pocket expenses incurred as allowable under the guidelines established by the Court and the United States Trustee's Office;

    c.      The CRO shall receive a retainer in the amount of $20,000.00 in connection with his engagement as provided herein. The Corporation shall compensate the CRO directly for the remainder of the amount due for services provided;

    d.      The CRO shall file interim fee applications with the Court, and with the Corporation, every 120 days or such other periodic basis as approved by the bankruptcy court and a final application at the conclusion of the CRO's engagement. All fees and costs will be subject to interim and final approval by the Court upon filing of such application;

3.     The CRO shall serve the Corporation at the pleasure of the Board of Directors and the U.S. Bankruptcy Court and may be terminated at any time by written notice with approval of the U.S. Bankruptcy Court;

4.     This Resolution by the Board of Directors, in appointing Kim as CRO, fully complies with and satisfies the relevant requirements set forth in 11 U.S.C. § 327.

Any and all notices pertaining to the adoption of the foregoing resolutions are hereby waived and the above resolutions are consented to and approved effective September 22, 2015.


_____
Marwan Fawaz, Director

_____
Joseph Bagan, Director

_____
Steven Kris, Director

395791

3

3.     The CRO shall serve the Corporation at the pleasure of the Board of Directors and the U.S. Bankruptcy Court and may be terminated at any time by written notice with approval of the U.S. Bankruptcy Court;

4.     This Resolution by the Board of Directors, in appointing Kim as CRO, fully complies with and satisfies the relevant requirements set forth in 11 U.S.C. § 327.

Any and all notices pertaining to the adoption of the foregoing resolutions are hereby waived and the above resolutions are consented to and approved effective September 22, 2015.


_____
Marwan Fawaz, Director


_____
Joseph Bagan, Director


_____
Steven Kris, Director

395791

3

**EXHIBIT A**

**ENGAGEMENT AGREEMENT**

# ACTION BY WRITTEN CONSENT
# IN LIEU OF A SPECIAL MEETING
# OF THE HOLDERS OF SERIES A PREFERRED STOCK OF

## ONE WORLD LABS, INC.

The undersigned, constituting the holders (the "Preferred Stockholders") of a majority of the outstanding Series A Preferred Stock (the "Preferred Stock") of One World Labs, Inc., a Colorado corporation (the "Corporation"), in accordance with Colorado law and the Corporation's Articles of Incorporation (the "Articles") and the bylaws (the "Bylaws"), hereby adopt and approve the following corporate resolutions and waive all requirements, if any, of notice required by statute, contract or the Corporation's Articles or Bylaws with respect to the actions contemplated by the following resolutions:

### ACCEPTANCE OF RESIGNATION AND WAIVER OF RIGHT TO APPOINT DIRECTORS

**WHEREAS**, pursuant to Section 5(a) of the Articles, the holders of Preferred Stock, voting as a class, shall be entitled to elect two (2) members to the board of directors (the "Board") at each meeting pursuant to each consent of the Corporation's shareholders for the election of directors, and to remove from office such directors and to fill any vacancy caused by the resignation, death or removal of such directors; and

**WHEREAS**, there are currently two directors of the Corporation who were appointed by the Preferred Stockholders, Joseph Bagan and Marwan Fawaz, each of whom are resigning; and

**WHEREAS**, the third director of the Corporation, Steve Kris is also resigning; and

**WHEREAS**, the holders of the Preferred Stock desire to appoint Thomas M. Kim as a director of the Corporation effective upon the mutual resignations of Messrs. Kris, Bagan and Fawaz; and

**WHEREAS**, following the resignation of Messrs. Kris, Bagan and Fawaz and the appointment of Mr. Kim, there shall only be one director of the Corporation appointed by the holders of the Preferred Stock.

**NOW, THEREFORE, BE IT:**

**RESOLVED**: that Thomas M. Kim is hereby appointed, effective upon the mutual resignations of Messrs. Kris, Bagan and Fawaz, a director of the Corporation.

## CONSENT TO FILE BANKRUPTCY

**WHEREAS,** the Corporation is a Colorado corporation, formed pursuant to the Colorado Business Corporation Act, as amended, and the Articles filed with the Colorado Secretary of State on October 10, 2013; and

**WHEREAS,** the Board of the Corporation has recommended to the Preferred Stockholders that the Stockholders authorize the filing of a Voluntary Petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS,** pursuant to Section 2(b)(v) of the Articles, the vote or consent of a majority of the of the outstanding shares of Preferred Stock is required to file a voluntary petition for bankruptcy; and

**WHEREAS,** the undersigned, who constitute a majority of the outstanding shares of Preferred Stock desire to approve the Corporation's Voluntary Petition under Chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

**RESOLVED:** that the Corporation shall file a Voluntary Petition under Chapter 11 of the Bankruptcy Code; and be it

**FURTHER RESOLVED,** that Thomas M. Kim of r2advisors LLC is hereby authorized and empowered to execute, deliver and/or file on behalf of the Corporation any document, certificate, instrument or other agreement necessary for such proceeding; and be it

**FURTHER RESOLVED,** that the Corporation shall retain the law firm of Bieging Shapiro & Barber LLP ("BSB") for the purpose of representing the Corporation in this matter; and be it

**FURTHER RESOLEVED,** that the Corporation shall provide BSB a retainer in an amount of not less than $35,000.00 or such other amount as the Board may determine in its sole discretion in connection with such representation; and be it

**FURTHER RESOLVED,** that this Written Consent may be executed by facsimile or .pdf signature and in any number of counterparts, all of which when taken together will constitute one and the same instrument.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned, consisting of Preferred Stockholders having not less than a majority of the issued and outstanding shares of Preferred Stock of the Corporation, have executed this Written Consent effective as of the 21st day of September, 2015.

**STOCKHOLDERS:**

| | |
|---|---|
| Al Perkins | 500,000<br># of Shares of Preferred Stock |
| REVGEN PARTNERS INC.<br>By:<br>Name: Michael Turner<br>Title: President & CEO | 285,714<br># of Share of Preferred Stock |
| Marwan Fawaz | 214,286<br># of Shares of Preferred Stock |
| Steve Kris | 142,857<br># of Shares of Preferred Stock |
| Joel Lemke | 142,857<br># of Shares of Preferred Stock |
| Ellen Filipiak | 142,857<br># of Shares of Preferred Stock |
| Matt Bell | 142,857<br># of Shares of Preferred Stock |
| William Schleyer | 142,857<br># of Shares of Preferred Stock |
| Jeff Rosenblum | 142,857<br># of Shares of Preferred Stock |

00395128.DOCX

3

**IN WITNESS WHEREOF**, the undersigned, consisting of Preferred Stockholders having not less than a majority of the issued and outstanding shares of Preferred Stock of the Corporation, have executed this Written Consent effective as of the 21st day of September, 2015.

**STOCKHOLDERS:**

| | |
|---|---|
| _____ | 500,000 |
| Al Perkins | # of Shares of Preferred Stock |

REVGEN PARTNERS INC.

By: _____
Name: _____
Title: _____

285,714
# of Share of Preferred Stock

_Marwan Fawaz_ (signature)
Marwan Fawaz

214,286
# of Shares of Preferred Stock

_____
Steve Kris

142,857
# of Shares of Preferred Stock

_____
Joel Lemke

142,857
# of Shares of Preferred Stock

_____
Ellen Filipiak

142,857
# of Shares of Preferred Stock

_____
Matt Bell

142,857
# of Shares of Preferred Stock

_____
William Schleyer

142,857
# of Shares of Preferred Stock

_____
Jeff Rosenblum

142,857
# of Shares of Preferred Stock

**IN WITNESS WHEREOF**, the undersigned, consisting of Preferred Stockholders having not less than a majority of the issued and outstanding shares of Preferred Stock of the Corporation, have executed this Written Consent effective as of the 21st day of September, 2015.

**STOCKHOLDERS:**

_____    500,000_____
Al Perkins                 # of Shares of Preferred Stock

REVGEN PARTNERS INC.

By:_____  285,714_____
Name:_____  # of Share of Preferred Stock
Title:_____


_____    214,286_____
Marwan Fawaz               # of Shares of Preferred Stock

_____    142,857_____
Steve Kris                 # of Shares of Preferred Stock

_____    142,857_____
Joel Lemke                 # of Shares of Preferred Stock

_____    142,857_____
Francisco Garcia           # of Shares of Preferred Stock

_____    142,857_____
Matt Bell                  # of Shares of Preferred Stock

_____    142,857_____
William Schleyer           # of Shares of Preferred Stock

_____    142,857_____
Jeff Rosenblum             # of Shares of Preferred Stock

00395128.DOCX

3

**IN WITNESS WHEREOF**, the undersigned, consisting of Preferred Stockholders having not less than a majority of the issued and outstanding shares of Preferred Stock of the Corporation, have executed this Written Consent effective as of the 21st day of September, 2015.

**STOCKHOLDERS:**

_____          500,000
Al Perkins                                                 # of Shares of Preferred Stock

REVGEN PARTNERS INC.

By:_____          285,714
Name:_____          # of Share of Preferred Stock
Title:_____

_____          214,286
Marwan Fawaz                                         # of Shares of Preferred Stock

_____          142,857
Steve Kris                                                 # of Shares of Preferred Stock

_____          142,857
Joel Lemke                                              # of Shares of Preferred Stock

_____          142,857
Ellen Filipiak                                            # of Shares of Preferred Stock

_____          142,857
Matt Bell                                                 # of Shares of Preferred Stock

_____          142,857
William Schleyer                                     # of Shares of Preferred Stock

_____          142,857
Jeff Rosenblum                                       # of Shares of Preferred Stock

00395128.DOCX                                         3

**IN WITNESS WHEREOF**, the undersigned, consisting of Preferred Stockholders having not less than a majority of the issued and outstanding shares of Preferred Stock of the Corporation, have executed this Written Consent effective as of the 21st day of September, 2015.

**STOCKHOLDERS:**

| | |
|---|---|
| _____ <br> Al Perkins | 500,000 <br> # of Shares of Preferred Stock |
| REVGEN PARTNERS INC. <br><br> By:_____ <br> Name:_____ <br> Title:_____ | 285,714 <br> # of Share of Preferred Stock |
| _____ <br> Marwan Fawaz | 214,286 <br> # of Shares of Preferred Stock |
| _____ <br> Steve Kris | 142,857 <br> # of Shares of Preferred Stock |
| _____ <br> Joel Lemke | 142,857 <br> # of Shares of Preferred Stock |
| _____ <br> Ellen Filipiak | 142,857 <br> # of Shares of Preferred Stock |
| _____ 9/22/15 <br> Matt Bell | 142,857 <br> # of Shares of Preferred Stock |
| _____ <br> William Schleyer | 142,857 <br> # of Shares of Preferred Stock |
| _____ <br> Jeff Rosenblum | 142,857 <br> # of Shares of Preferred Stock |

00395128.DOCX

3

**IN WITNESS WHEREOF**, the undersigned, consisting of Preferred Stockholders having not less than a majority of the issued and outstanding shares of Preferred Stock of the Corporation, have executed this Written Consent effective as of the 21st day of September, 2015.

**STOCKHOLDERS:**

| | |
|---|---|
| _____ | 500,000 |
| Al Perkins | # of Shares of Preferred Stock |

REVGEN PARTNERS INC.

| | |
|---|---|
| By:_____ | 285,714 |
| Name:_____ | # of Share of Preferred Stock |
| Title:_____ | |

| | |
|---|---|
| _____ | 214,286 |
| Marwan Fawaz | # of Shares of Preferred Stock |

| | |
|---|---|
| _____ | 142,857 |
| Steve Kris | # of Shares of Preferred Stock |

| | |
|---|---|
| _____ | 142,857 |
| Joel Lemke | # of Shares of Preferred Stock |

| | |
|---|---|
| _____ | 142,857 |
| Ellen Filipiak | # of Shares of Preferred Stock |

| | |
|---|---|
| _____ | 142,857 |
| Matt Bell | # of Shares of Preferred Stock |

| | |
|---|---|
| _____ | 142,857 |
| William Schleyer | # of Shares of Preferred Stock |

| | |
|---|---|
| _____ | 142,857 |
| Jeff Rosenblum | # of Shares of Preferred Stock |

00395128.DOCX

3

_Mark T. Hughes, Trustee_
Mark Hughes
_Mark T. Hughes Living Trust_

71,429
# of Shares of Preferred Stock

_____
Jim Buckley

71,429
# of Shares of Preferred Stock

_____
Mike Williams

71,429
# of Shares of Preferred Stock

_____
Joe Bagan

71,429
# of Shares of Preferred Stock

_____
Ron Cooper

71,429
# of Shares of Preferred Stock

Mark Hughes

71,429
# of Shares of Preferred Stock

Jim Buckley

71,429
# of Shares of Preferred Stock

Mike Williams

71,429
# of Shares of Preferred Stock

Joe Bagan

71,429
# of Shares of Preferred Stock

Ron Cooper

71,429
# of Shares of Preferred Stock

00395128.DOCX

4

| | |
|---|---|
| _____ | <u>71,429</u> |
| Mark Hughes | # of Shares of Preferred Stock |
| | |
| _____ | <u>71,429</u> |
| Jim Buckley | # of Shares of Preferred Stock |
| | |
| _____ | <u>71,429</u> |
| Mike Williams | # of Shares of Preferred Stock |
| | |
| _____ | <u>71,429</u> |
| Joe Bagan | # of Shares of Preferred Stock |
| | |
| _____ | <u>71,429</u> |
| Ron Cooper | # of Shares of Preferred Stock |

| | |
|---|---|
| Mark Hughes | 71,429<br># of Shares of Preferred Stock |
| Jim Buckley | 71,429<br># of Shares of Preferred Stock |
| Mike Williams | 71,429<br># of Shares of Preferred Stock |
| Joe Bagan | 71,429<br># of Shares of Preferred Stock |
| Ron Cooper | 71,429<br># of Shares of Preferred Stock |

00395128.DOCX

4

# CONSENT OF LIEU OF MEETING OF
# THE BOARD OF DIRECTORS
# OF
# ONE WORLD LABS, INC.

The undersigned Directors, being all the directors of One World Labs, Inc., a Colorado corporation (the "Corporation"), DO HEREBY CERTIFY that the Corporation duly adopted the following resolutions on September 22, 2015.

## CONSENT TO FILE BANKRUPTCY

**WHEREAS**, the Corporation has certain financial obligations to noteholders (the "Obligations") coming due that the Corporation has insufficient capital to pay; and

**WHEREAS**, over the last 9 months, the Board of the Corporation has thoroughly investigated and has exhausted various options to address the Obligations, including but not limited to the refinance of such Obligations, raising equity capital to repay such Obligations and a sale of the assets of the Corporation; and

**WHEREAS**, the Board of the Corporation has been unsuccessful in locating an alternative method to repay the Obligations; and

**WHEREAS**, the Board of Directors of the Corporation believes that it is in the best interests of the Corporation and its shareholders to authorize the filing (the "Bankruptcy Filing") of a Voluntary Petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, pursuant to Section 2(b)(v) of the Articles, the vote or consent of a majority of the of the outstanding shares of Preferred Stock is required to file a voluntary petition for bankruptcy.

**NOW, THEREFORE, BE IT:**

**RESOLVED**: that the Bankruptcy Filing be, and it hereby is approved in all respects; and it is

**FURTHER RESOLVED**, that the Bankruptcy Filing be effected, subject to the vote or consent of a majority of the outstanding shares of Preferred Stock; and it is

**FURTHER RESOLVED**, that the proper officers of the Corporation be, and they hereby are, authorized and directed to submit the Bankruptcy Filing to the Preferred Stockholders of the Corporation for their consideration and approval as soon as is practicable; and it is

**FURTHER RESOLVED**, that, contingent upon the approval of the Bankruptcy Filing by a majority of the issued and outstanding shares of Preferred Stock

entitled to vote thereon, the Corporation shall effect the Bankruptcy Filing; and it is

**FURTHER RESOLVED**, that the Corporation shall retain the law firm of Bieging Shapiro & Barber LLP ("BSB") for the purpose of representing the Corporation in this matter; and be it

**FURTHER RESOLEVED**, that the Corporation shall provide BSB a retainer in an amount of not less than $35,000.00 or such other amount as the Board may determine in its sole discretion in connection with such representation; and be it

**FURTHER RESOLVED**, that this Written Consent may be executed by facsimile or .pdf signature and in any number of counterparts, all of which when taken together will constitute one and the same instrument.

Any and all notices pertaining to the adoption of the foregoing resolutions are hereby waived and the above resolutions are consented to and approved effective September 22, 2015.

_____
Marwan Fawaz, Director

_____
Joseph Bagan, Director

_____
Steven Kris, Director

2

entitled to vote thereon, the Corporation shall effect the Bankruptcy Filing; and it is

**FURTHER RESOLVED**, that the Corporation shall retain the law firm of Bieging Shapiro & Barber LLP ("BSB") for the purpose of representing the Corporation in this matter; and be it

**FURTHER RESOLEVED**, that the Corporation shall provide BSB a retainer in an amount of not less than $35,000.00 or such other amount as the Board may determine in its sole discretion in connection with such representation; and be it

**FURTHER RESOLVED**, that this Written Consent may be executed by facsimile or .pdf signature and in any number of counterparts, all of which when taken together will constitute one and the same instrument.

Any and all notices pertaining to the adoption of the foregoing resolutions are hereby waived and the above resolutions are consented to and approved effective September 22, 2015.


_____
Marwan Fawaz, Director


_____
Joseph Bagan, Director


_____
Steven Kris, Director

2

entitled to vote thereon, the Corporation shall effect the Bankruptcy Filing; and it is

**FURTHER RESOLVED**, that the Corporation shall retain the law firm of Bieging Shapiro & Barber LLP ("BSB") for the purpose of representing the Corporation in this matter; and be it

**FURTHER RESOLEVED**, that the Corporation shall provide BSB a retainer in an amount of not less than $35,000.00 or such other amount as the Board may determine in its sole discretion in connection with such representation; and be it

**FURTHER RESOLVED**, that this Written Consent may be executed by facsimile or .pdf signature and in any number of counterparts, all of which when taken together will constitute one and the same instrument.

Any and all notices pertaining to the adoption of the foregoing resolutions are hereby waived and the above resolutions are consented to and approved effective September 22, 2015.

Marwan Fawaz, Director

Joseph Bagan, Director

Steven Kris, Director