**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | Case No. 15-21110-HRT |
| ONE WORLD LABS, INC., | |
| Debtors | Chapter 11 |

**WITHDRAWAL OF OBJECTION TO DEBTOR'S MOTION**
**FOR ORDER AUTHORIZING THE SALE OF ASSETS**
**FREE AND CLEAR OF LIENS AND INTERESTS**

Optiv Security Inc. ("Optiv") withdraws its Objection [Dkt. #51] ("Objection") to the Motion for Order Authorizing the Sale of Assets Free and Clear of Liens and Interests [Dkt. #22] ("Sale Motion"), filed by the debtor, One World Labs, Inc. ("Debtor"). Optiv's withdrawal of its Objection includes, without limitation, a withdrawal of any expression of interest in purchasing any assets of the Debtor and a withdrawal of its intention to participate in any auction for the purpose of purchasing any assets of the Debtor.

Dated November 25, 2015

Respectfully submitted,

*/s/ Matthew J. Ochs*
Matthew J. Ochs, #31713
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado  80201-8749
Tel:  (303) 295-8299
Email:  mjochs@hollandhart.com

*Attorneys for Optiv Secutirty Inc.*

-2-

## CERTIFICATE OF SERVICE

I certify that on November 25, 2015, I served a copy of the foregoing to the following by:

☒ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☒ Electronic Mail Service

Duncan Barber
4582 S. Ulster Street Pkwy
Suite 1650
Denver, CO 80237
dbarber@bsblawyers.com

Thomas M. Kim
1350 17th Street, Suite 206
Denver, Colorado 80202
tkim@r2llc.com

Andrew J. Petrie
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, Colorado 80202
PetrieA@ballardspahr.com

Alison Goldenberg
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
Alison.Goldenberg@usdoj.gov

  /s/ Matthew J. Ochs