UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| One World Labs, Inc. | ) | Case No. 15-21110 HRT |
| Tax ID / EIN: 27-1496136 | ) | Chapter 11 |
|     Debtor. | ) | |
| | ) | |

_____

## U.S. TRUSTEE'S NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS AND INTERESTS

_____

The United States Trustee for Region 19 ("UST") hereby files this withdrawal of his limited objection to Debtor's Motion For Order Authorizing Sale Of Assets Free And Clear Of Liens And Interests (Doc. #22), and as grounds therefore the UST states as follows:

### Background

1.    On October 2, 2015, the Debtor filed for Chapter 11 relief.

2.    On October 23, 2015, Debtor filed its Motion For Order Authorizing Sale Of Assets Free And Clear Of Liens And Interests (Doc. #22) ("Sale Motion") whereby the Debtor proposed to sell, *inter alia*, all or substantially all of Debtor's intellectual property, equipment, books and records, and intangible property to MNR Labs, LLC.  In exchange, MNR Labs agreed:  a) to pay $50,000 in cash; b) to transfer 10% of MNR Labs' limited liability company membership interests to Debtor; and c) to pay all cure amounts listed in Exhibit H to the APA (an amount of $14,319).

3.    On November 11, 2015, Debtor filed its Supplement to the Sale Motion (Doc. # 36).  Debtor disclosed that MNR Labs was owned and controlled by two (2) former insiders of Debtor, both of whom served as consultants to Debtor.

4.    On November 23, 2015, the UST filed a Limited Objection.

5.    On November 24, 2015, the Debtor filed a response addressing the UST's objections.

6.    The UST withdraws his Limited Objection.

Wherefore, the UST requests that his Limited Objection be withdrawn.

DATED: November 30, 2015   Respectfully submitted,

           PATRICK S. LAYNG
           UNITED STATES TRUSTEE

            /s/ Alison Goldenberg_____
           By: Alison Goldenberg, Esq. #37138
           Trial Attorney for the U. S. Trustee
           1961 Stout Street, Suite 12-200
           Denver, CO 80294
           (303) 312-7238
           (303) 312-7259 (Fax)
           Alison.Goldenberg@usdoj.gov

CERTIFICATE OF MAILING

   I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following:

Dated: November 30, 2015

One World Labs, Inc.
2505 West 2nd Avenue #7
Denver, CO 80219

Duncan E. Barber
4582 S. Ulster St. Pkwy.
Ste. 1650
Denver, CO 80237

David M. Rich
650 S. Cherry Street, Suite 1100
Denver, CO 80246-1801

Andrew J. Petrie
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596

           /s/ Janice Hensen_____
           Legal Clerk
           United States Trustee's Office