**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| ONE WORLD LABS, INC. ) | Chapter 11 |
| EIN: 27-1496136 ) | Case No. 15-21110 HRT |
| ) | |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST
FOR ENTRY OF ORDER**

On October 23, 2015, One World Labs, Inc., the Debtor and Debtor in Possession ("Debtor") filed a Motion for Order Authorizing Sale of Assets Free and Clear of Liens and Interests (the "Motion"). Debtor hereby certifies that the following is true and correct:

1. Service of the motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitles to service pursuant to the Fed.R.Bankr.P and L.B.R. as is shown on the certificate of service.

2. Mailing or other service of the notice was timely made on all creditors and parties in interest pursuant to L.B.R. 9013-1, as is shown on the certificate of service.

3. The docket numbers for each of the following relevant documents are:

   a. the Motion and proposed Order , [Dkt No. 22, 22-1];
   b. the Notice [Dkt No. 23];
   c. the certificate of service for the Notice, [Dkt No. 24]; and
   d. Supplement to Motion for Order Authorizing Sale of Assets Free and Clear of Liens and Interests and certificate of service, [Dkt No. 36, 36-1]

4. Two objections were filed and subsequently withdrawn as follows:

   Optiv Sercurity:

   a. Objection to Debtor's Motion for Order Authorizing the Sale of Assets Free and Clear of Liens and Interests [Dkt No. 51]; and

   b. Withdrawal of Objection to Debtor's Motion for Order Authorizing the Sale of Assets Free and Clear of Liens and Interests [Dkt No. 56]

   U.S. Trustee:

   c. U.S. Trustee's Limited Objection to Debtor's Motion for Order Authorizing Sale of Assets Free and Clear of Liens and Interests [Dkt. No. 45]; and

    d. U.S. Trustee's Notice of Withdrawal of Limited Objection to Debtor's Motion for Order Authorizing Sale of Assets Free and Clear of Liens and Interest [Dkt. No. 60]

5. Other than the foregoing Objections, both of which have been withdrawn, no other requests for hearing on the motion were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the notice.

WHEREFORE, Debtor prays that the Court forthwith enter an order, a form of which was previously submitted to the Court with the Motion (Dkt No. 22-1), granting the relief requested.

DATED: November 30, 2015.

                BIEGING SHAPIRO & BARBER LLP

                By: */s/ Duncan E. Barber*
                     Duncan E. Barber, #16768
                4582 S. Ulster Street Parkway, Suite 1650
                Denver, CO 80237
                Phone Number: 720-488-0220
                Fax Number: 720-488-7711
                Email: dbarber@bsblawyers.com