UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ONE WORLD LABS, INC. ) | Case No.  15-21110 HRT |
|    EIN: 27-1496136 ) | |
| ) | |
| Debtor. ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS AND INTERESTS**

THIS MATTER having come before the Court on Debtor's Motion for Order Authorizing Sale of Assets Free and Clear of Liens and Interests, and the Court having reviewed the Motion, any objections thereto, and all relevant information, and finding that it is appropriate to grant the Motion, it is hereby

ORDERED that the Motion be GRANTED.  Debtor's relief shall be as follows:

1. The Court determines that MNR Labs, LLC, is a good faith purchaser, within the meaning of 11 U.S.C. § 363(m).

2. The Purchased Assets described in Debtor's Motion may be sold to MNR Labs, LLC, free and clear of all liens, claims, encumbrances and interests, pursuant to Sections 363(b) and (f) of the Bankruptcy Code pursuant to the Asset Purchase Agreement, in the form attached to the Motion (the "APA").

3. Debtor is hereby authorized to consummate the transactions contemplated by the APA and perform all actions incidental thereto including, but not limited to, assuming and assuming the contracts set forth in Exhibit H to the APA (a copy of which is attached to this Order), pursuant to Section 365(b) and (f) of the Bankruptcy Code.

4. The cure amounts set forth in such Exhibit H are hereby approved.

5. The stay provided by F.R.B.P. 6004(h) shall not apply to the sale of the Purchased Assets by Debtor to MNR Labs, LLC.

DONE AND ENTERED this  1st  day of    December   , 2015, at Denver, Colorado.

BY THE COURT

_Howard Tallman_
United States Bankruptcy Court Judge

399287