UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ONE WORLD LABS, INC. ) | Case No. 15-21110 HRT |
| EIN: 27-1496136 ) | |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO VACATE HEARING ON MOTION TO SET FORTHWITH HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS AND INTERESTS [Docket No. 22]**

THIS MATTER comes before the Court on the Motion to Vacate Hearing on Motion to Set Forthwith Hearing on Debtor's Motion for Order Authorizing Sale of Assets Free and Clear of Liens and Interests [Docket No. 22] (the "Motion"), filed by One World Labs, Inc. ("Debtor"), and the Court having reviewed the matter and being otherwise informed,

It is hereby ordered that the Motion be, and the same hereby is, granted. The hearing set on the Sale Hearing [Docket No. 22] which is currently scheduled for Monday, December 7, 2015, at 9:30 a.m., is hereby vacated.

DATED this  1st  day of December, 2015.

BY THE COURT:

*Howard Tallman*
United States Bankruptcy Judge

403142

1