# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| ONE WORLD LABS, INC. ) | Chapter 11 |
| EIN: 27-1496136 ) | Case No. 15-21110 HRT |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On November 5, 2015 One World Labs, Inc., the Debtor and Debtor in Possession ("Debtor") filed a Motion for Approval of Separation Agreement (the "Motion"). Debtor hereby certifies that the following is true and correct:

1. Service of the motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitles to service pursuant to the Fed.R.Bankr.P and L.B.R. as is shown on the certificate of service.

2. Mailing or other service of the notice was timely made on all creditors and parties in interest pursuant to L.B.R. 9013-1, as is shown on the certificate of service.

3. The docket numbers for each of the following relevant documents are:

   a. the Motion and proposed Order , [Dkt No. 32, 32-1];
   b. the Notice [Dkt No. 33];
   c. the certificate of service for the Notice, [Dkt No. 24]; and

4. Other than the foregoing Objections, both of which have been withdrawn, no other requests for hearing on the motion were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the notice.

WHEREFORE, Debtor prays that the Court forthwith enter an order, a form of which was previously submitted to the Court with the Motion (Dkt No. 32-1), granting the relief requested.

DATED: December 3, 2015.

                                           BIEGING SHAPIRO & BARBER LLP

                                           By: */s/ Duncan E. Barber*
                                                  Duncan E. Barber, #16768
                                         4582 S. Ulster Street Parkway, Suite 1650
                                         Denver, CO  80237
                                         Phone Number:  720-488-0220
                                         Fax Number:  720-488-7711
                                         Email: dbarber@bsblawyers.com