United States Bankruptcy Court
District of Colorado

In re:  
One World Labs, Inc.  
    Debtor

Case No. 15-21110-HRT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1    User: helmersl    Page 1 of 1    Date Rcvd: Dec 01, 2015  
                      Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2015.  
db          +One World Labs, Inc.,    2505 West 2nd Avenue #7,    Denver, CO 80219-1654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2015                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2015 at the address(es) listed below:
            Alison Goldenberg    on behalf of U.S. Trustee    US Trustee Alison.Goldenberg@usdoj.gov,
              janice.hensen@usdoj.gov
           Andrew J. Petrie    on behalf of Interested Party    MNR Labs, LLC petriea@ballardspahr.com,
              andersonre@ballardspahr.com;bechtoldd@ballardspahr.com
           David M. Rich    on behalf of Creditor Gregory E. Sparks dmrich@comcast.net,
              YHinton@minorbrown.com
           Duncan E. Barber    on behalf of Debtor    One World Labs, Inc. dbarber@bsblawyers.com,
              mal@bsblawyers.com
           Matthew J. Ochs    on behalf of Creditor    Optiv Security Inc. mjochs@hollandhart.com,
              acmurray@hollandhart.com
           US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                       TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                      )
                                            )   Chapter 11
ONE WORLD LABS, INC.                        )   Case No.  15-21110 HRT
        EIN: 27-1496136                     )
                                            )
        Debtor.                             )

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS AND INTERESTS**

THIS MATTER having come before the Court on Debtor's Motion for Order Authorizing Sale of Assets Free and Clear of Liens and Interests, and the Court having reviewed the Motion, any objections thereto, and all relevant information, and finding that it is appropriate to grant the Motion, it is hereby

ORDERED that the Motion be GRANTED.  Debtor's relief shall be as follows:

1.      The Court determines that MNR Labs, LLC, is a good faith purchaser, within the meaning of 11 U.S.C. § 363(m).

2.      The Purchased Assets described in Debtor's Motion may be sold to MNR Labs, LLC, free and clear of all liens, claims, encumbrances and interests, pursuant to Sections 363(b) and (f) of the Bankruptcy Code pursuant to the Asset Purchase Agreement, in the form attached to the Motion (the "APA").

3.      Debtor is hereby authorized to consummate the transactions contemplated by the APA and perform all actions incidental thereto including, but not limited to, assuming and assuming the contracts set forth in Exhibit H to the APA (a copy of which is attached to this Order), pursuant to Section 365(b) and (f) of the Bankruptcy Code.

4.      The cure amounts set forth in such Exhibit H are hereby approved.

5.      The stay provided by F.R.B.P. 6004(h) shall not apply to the sale of the Purchased Assets by Debtor to MNR Labs, LLC.

DONE AND ENTERED this  1st  day of    December   , 2015, at Denver, Colorado.

BY THE COURT

_Howard Tallman_
United States Bankruptcy Court Judge

399287