United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 15-21110-HRT
One World Labs, Inc.                                                       Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: helmersl          Page 1 of 1          Date Rcvd: Dec 08, 2015
                             Form ID: pdf904          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2015.
db              +One World Labs, Inc.,   2505 West 2nd Avenue #7,   Denver, CO 80219-1654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2015 at the address(es) listed below:
          Alison  Goldenberg    on behalf of U.S. Trustee    US Trustee Alison.Goldenberg@usdoj.gov,
          janice.hensen@usdoj.gov
          Andrew J. Petrie    on behalf of Interested Party    MNR Labs, LLC petriea@ballardspahr.com,
          andersonre@ballardspahr.com;bechtoldd@ballardspahr.com
          David M. Rich    on behalf of Creditor Gregory E. Sparks dmrich@comcast.net,
          YHinton@minorbrown.com
          Duncan E. Barber    on behalf of Debtor    One World Labs, Inc. dbarber@bsblawyers.com,
          mal@bsblawyers.com
          Matthew J. Ochs    on behalf of Creditor    Optiv Security Inc. mjochs@hollandhart.com,
          acmurray@hollandhart.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                          TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                      )
                                            )      Chapter 11
ONE WORLD LABS, INC.                        )      Case No.  15-21110 HRT
    EIN: 27-1496136                      )
                                            )
    Debtor.                              )

---

## ORDER GRANTING DEBTOR'S MOTION TO APPROVE
## SEPARATION AGREEMENT

---

THIS MATTER having come before the Court on Debtor's Motion for Approval of Separation Agreement, and the Court having reviewed the Motion and finding that it is appropriate to grant the Motion and it is hereby,

ORDERED that the Motion be granted. The Separation Agreement between Debtor and Christopher Roberts is APPROVED and Debtor is authorized to consummate the transactions contemplated in the Agreement.

DONE AND ENTERED this 8th day of December, 2015, at Denver, Colorado.

BY THE COURT;

_____

*Howard Tallman*

United States Bankruptcy Court Judge

#398709